# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| **JORDAN RAMIREZ QUINTANA,** | : | **Case No. 1:25-cv-919** |
| Petitioner, | : | **Judge Susan J. Dlott** |
| vs. | : | |
| **ROBERT K. LYNCH, et al.,** | : | |
| Respondents. | : | |

## ORDER TO SUBMIT JOINT PROPOSED SCHEDULING ORDER

Petitioner, Jordan Ramirez Quintana, a detainee at the Butler County Correctional Complex, in Hamilton, Ohio, has filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (Doc. 1).

The parties are **ORDERED** to confer on a case schedule and file a joint proposed scheduling order **by December 30, 2025**.

IT IS SO ORDERED.

December 22, 2025

S/Susan J. Dlott
SUSAN J. DLOTT
United States District Judge