IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jordan Ramirez Quintana,                    :
                                            :
            Petitioner,                     :
                                            :   Case Number: 1:25cv919
      vs.                                   :
                                            :   Judge Susan J. Dlott
Field Office Director of Enforcement        :
and Removal Operations,                     :
Detroit Field Office, Immigration           :
and Customs Enforcement,                    :
                                            :
                                            :
            Respondent.                     :

JUDGMENT IN A CIVIL CASE


      IT IS ORDERED AND ADJUDGED

  This action was decided by the Court without a trial.   It was ordered and adjudicated that the

Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) was granted.

      The Court retains jurisdiction to enforce its grant of relief or to adjudicate timely

petitions filed under the Equal Access to Justice Act, 28 U.S.C. § 2412.


4/24/2026                                         RICH NAGEL, CLERK


                                                   S/William Miller
                                                  Deputy Clerk